United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| LEE P. DAVIS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 6:24-CV-00047 |
| MARTIN O'MALLEY, | § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order Remanding this case, (D.E. 15), the Court enters final judgment in this case.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

ORDERED on April 24, 2025.

_____
Julie K. Hampton
United States Magistrate Judge